IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

STEPHEN M. MOBLEY,

    Defendant.

Case No. 3:02cr005 (2)
and 3:07cr097

JUDGE WALTER H. RICE

---

DECISION AND ENTRY OVERRULING DEFENDANT'S *PRO SE* MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE

---

Defendant has communicated to this Court, under date of January 22, 2018, a request that he be terminated from supervised release in the captioned causes. Based upon a January 31, 2018, memorandum from United States Probation Officer Melissa Dues, as well as a review of this Court's notes taken at the time of sentencing, this Court, although noting that Defendant has been compliant with the terms and conditions of supervision, by maintaining full-time employment, completing 100 hours of community service and making regular monthly payments of $25.00 toward his financial obligations, nonetheless OVERRULES Defendant's motion for early termination of supervised release at this time, without prejudice to renewal, on or after October 28, 2018.

In ruling as aforesaid, this Court notes the seriousness of the offenses, the fact that, while waiting for resolution in Case No. 3:02cr005, he committed another federal crime in which he was the lead Defendant (Case No. 3:07cr097), and the fact that Defendant owes a remaining

balance of some $772,000.00 in restitution, each of which weighs against termination at this time. Defendant is welcome to renew his request on or after October 28, 2018.

March 2, 2018

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Melissa Dues, U.S. Probation Officer